Bilal Khan

√

Dr. R Ruiz

3:19-CV-00448-VAB

SEP 17 2019 AM 10:21
FILED - USDC - BPT - CT

Notice for Change of Address.

Old - 391 shaker Rd. Enfield ct. 06084

New - 311 Jewett Ave Bridgeport ct. 06606

9/17/19